**UNITED STATES BANKRUPTCY COURT**
**For The District of Colorado**

| | | |
|---|---|---|
| In re: | ) | Case No. **10-23439 MER** |
| Robert and Connie Tinnes | ) | Chapter 13 |
| SSN xxx-xx-7108 | ) | |
| SSN xxx-xx-4440 | ) | |
| | ) | |
| Debtor(s) | ) | |

## MOTION TO MODIFY CHAPTER 13 PLAN POST CONFIRMATION

**THE DEBTORS**, by and through their attorney of Record, Weselis & Suchoparek, LLC, hereby moves this Court to modify Debtors' Chapter 13 Plan pursuant to 11 U.S.C. § 1329 and in support thereof states as follows:

1. Debtors filed a Chapter 13 Bankruptcy on May 28, 2010. Debtors' Amended Chapter 13 Plan was confirmed on October 20, 2010.

2. Debtors confirmed plan was to cure a large amount of tax debt and discharge a high percentage of unsecured debt.

3. Debtor husband lost his employment shortly after filing. This, decrease in pay was reflected in the Amended Schedules filed with the current confirmed plan. However, Debtors were unaware of the budget restraints needed to ensure the disposable income to make their monthly plan payment.

4. The purpose of this modification is to bring the Debtors current on plan payments and allow them to stay current in the future. Their monthly plan payment obligations have not changed from the confirmed plan.

5. Debtor's modified plan proposes to decrease class four distributions from $2,993 to $1,803. No other changes occurred.

6. All creditors who have timely filed a proof of claim have been notified pursuant To L.B.R. 9013.

WHEREFORE, Debtor prays this Court grant her Motion to Modify Chapter 13 Plan.

Dated: November 16, 2010

                                               **/s/ Elisa Weselis**
                                               Elisa Weselis, Reg. No. 37184
                                               517 East 16th Avenue
                                               Denver, CO 80203-1917
                                               Tel: (303) 296-3230

Fax: (303) 395-1535
Email: E.Weselis@wesucho.com